Donald E. Dorfman (SBN 57455)
Andrew R. Neilson (SBN 221694)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone:   (415) 984-8200
Facsimile:    (415) 984-8300

Attorneys for Defendant
QUANTA SPECIALTY LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOORE CONSTRUCTION CO.,<br><br>                           Plaintiff,<br><br>     vs.<br><br>QUANTA SPECIALTY LINES INSURANCE COMPANY,<br><br>                           Defendant. | Case No.  1:08-cv-00020-SMS<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES** |

      Plaintiff Moore Construction Co. and Defendant Quanta Specialty Lines Insurance Company ("Quanta") hereby agree and stipulate to continue the discovery and non-dispositive motion deadline from December 19, 2008, to January 19, 2009, and the dispositive motion deadline from January 9, 2009, to February 9, 2009. The reasons for this stipulation are as follows:

      1.      On June 27, 2008, the Court issued a Scheduling Conference Order with an abbreviated discovery schedule. The parties have engaged in limited written discovery without controversy. However, Quanta has not completed all needed discovery.

      2.      The parties desire additional time to discuss a voluntary resolution of this matter ahead of the dispositive motion deadline. The parties are willing to engage in Settlement Conference pursuant to Local Rule 16-285.

STIPULATION AND ORDER
CASE NO.  1:08-cv-00020-SMS

12313892.1

PDF created with pdfFactory trial version www.pdffactory.com

1  Wherefore, it is agreed and stipulated that (i) the discovery and non-dispositive motion
2  deadline be continued to from December 19, 2008, to January 19, 2009, and (ii) dispositive motion
3  deadline be continued from January 9, 2009, to February 9, 2009.
4  IT IS SO STIPULATED.

Dated:  December 15, 2008                          Law Offices of Herman Franck

                                          By:    /s/ Chiayu V. Chang
                                                 ─────────────────────────
                                                 Herman Franck
                                                 Chiayu V. Chang
                                                 Attorneys for Plaintiff
                                                 MOORE CONSTRUCTION COMPANY

Dated:  December 15, 2008                          **NIXON PEABODY** LLP

                                          By:    /s/ Andrew Neilson
                                                 ─────────────────────────
                                                 Donald E. Dorfman
                                                 Andrew R. Neilson
                                                 Attorneys for Defendant
                                                 QUANTA SPECIALTY LINES INSURANCE
                                                 COMPANY

   For good cause showing, it is hereby ordered that the discovery and non-dispositive motion
deadline is continued from December 19, 2008, to January 19, 2009, and that dispositive motion
deadline is continued from January 9, 2008, to February 9, 2009.

   IT IS SO ORDERED.

DATED:     12/16/2008                              /s/ Sandra M. Snyder
                                                 ─────────────────────────
                                                 Hon. Sandra M. Snyder
                                                 United States Magistrate Judge

STIPULATION AND ORDER                    -2-                              12313892.1
CASE NO.  1:08-cv-00020-SMS

PDF created with pdfFactory trial version www.pdffactory.com