1  Herman Franck, Esq.  (SBN 57455)
   Elizabeth Vogel, Esq.  (SBN 245772)
2  Chiayu V. Chang, Esq. (SBN 245484)
   **FRANCK & ASSOCIATES**
3  1801 7th Street, Suite 150
   Sacramento, CA 95811
4  Telephone:   (916) 447-8400
   Facsimile:    (916) 447-0720
5
   Attorneys for Plaintiff
6  MOORE CONSTRUCTION

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11

12 MOORE CONSTRUCTION CO.,          Case No.  1:08-cv-00020-SMS

13                    Plaintiff,    **STIPULATION AND ORDER TO
                                    CONTINUE HEARING DATE ON**
14       vs.                        **DEFENDANT'S MOTION FOR SUMMARY
                                    JUDGMENT AND TO CONTINUE TRIAL**
15 QUANTA SPECIALTY LINES INSURANCE **DATE**
   COMPANY,
16
                    Defendant.
17

18

19

20
        Plaintiff Moore Construction, by and through its counsel Franck & Associates, submits the
21
   following Stipulation and Order to continue (i) Defendant Quanta Specialty Lines Insurance
22
   Company's ("Quanta") hearing on its Motion for Summary Judgment from March 13, 2009 to April
23
   3, 2009, and (ii) to continue the trial date from April 13, 2009 to June 1, 2009, and all pretrial
24
   deadlines by 45 days. The reasons for this stipulation and order are as follows:
25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1. On June 27, 2008, the Court issued a Scheduling Conference Order which specified that all Dispositive Pre-Trial motions be filed on or before January 9, 2009 and also set the Pre-Trial Conference date for March 5, 2009 at 1:30 pm in Courtroom No. 7. The Court further set a trial date for April 13, 2009 at 9:00 am in Courtroom No. 7.

2. On December 15, 2008, the Court adopted a stipulation signed by counsel for both parties which (i) extended the discovery deadline from December 19, 2008 to January 19, 2009, and (ii) extended the dispositive motions deadline from January 9, 2009 to February 9, 2009. However, the Pre-Trial Conference remained set for March 5, 2009 and the trial date remained set for April 13, 2009.

3. On February 9, 2009, Quanta filed a Motion for Summary Judgment set for hearing on March 13, 2009.

4. On February 10, 2009, Moore Construction requested that Quanta continue the hearing on its Motion for Summary Judgment ("MSJ") from March 13, 2009 to April 3, 2009, due to the fact that counsel for Plaintiff Moore Construction had several other summary judgment motions in other matters to respond to in the same time frame. Moreover, counsel for Plaintiff Moore Construction pointed out that it would be odd to conduct the Pre-Trial Conference prior to the hearing date set for Defendant's MSJ.

5. On February 11, 2009, counsel for Quanta responded that Quanta would agree to continue its MSJ to April 3, 2009 if the trial date and attendant pretrial deadlines were continued by 45 days. Quanta indicated that it would like to have its MSJ decided before incurring additional litigation costs preparing for trial. Moore Construction agreed to the 45 continuance.

PDF created with pdfFactory trial version www.pdffactory.com

1  Wherefore, it is stipulated and agreed that (i) the trial date be continued from April 13, 2009 to June

2  1, 2009, and all pretrial deadlines be continued by 45 days; and (ii) the hearing on Quanta's Motion

3  for Summary Judgment be continued from March 13, 2009 to April 3, 2009.

4

5  IT IS SO STIPULATED.

6

7  Dated:  February 17, 2009                              Nixon Peabody LLP

8

9                                                         By:  /s/ Andrew Neilson_____
10                                                              Donald E. Dorfman
                                                                Andrew R. Neilson
11                                                              Attorneys for Defendant
                                                                QUANTA SPECIALTY LINES INSURANCE
12                                                              COMPANY

13 Dated:  February 17, 2009                              Franck & Associates

14

15                                                         By:    /s/ Chiayu V. Chang_____
                                                                Herman Franck
16                                                              Chiayu V. Chang
                                                                Attorneys for Plaintiff
17                                                              MOORE CONSTRUCTION COMPANY

18

19 For good cause showing, it is hereby ordered that (i) the hearing on Quanta's motion for summary

20 judgment is continued from March 13, 2009, to MAY 1, 2009 at 9:30a.m.  (not April 3, 2009); (ii) the

21 trial date in this matter is continued from April 13, 2009 to AUGUST 17, 2009 at 9:00a.m. (not June

22 1, 2009); and (iii) the pretrial conference is continued from March 5, 2009 to JUNE 30, 2009 at

23 1:30pm (not May 20, 2009).

24

25 IT IS SO ORDERED.

26     Dated:   2/18/2009                                  _/s/ Sandra M. Snyder____
                                                                Hon. Sandra M. Snyder
27                                                              United States Magistrate Judge

28

---

*MOORE CONSTRUCTION V. QUANTA*
CASE NO.  1:08-cv-00020-SMS                    -3-

PDF created with pdfFactory trial version www.pdffactory.com